NUMBER 13-08-295-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG






IN RE MERCURY INSURANCE COMPANY






On Petition for Writ of Mandamus 






MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Benavides


Per Curiam Memorandum Opinion



 Relator, Mercury Insurance Company, filed a petition for writ of mandamus in the
above cause arguing that the trial court abused its discretion in denying relator's motion
to compel arbitration. On May 15, 2008, this Court requested a response from Angela
Samples, the real party in interest. Relator has now filed an agreed motion to dismiss this
original proceeding on grounds that the parties have settled and compromised their
dispute. 

 The Court, having examined and fully considered the petition for writ of mandamus
and motion to dismiss, is of the opinion that the motion to dismiss should be granted.
Accordingly, we GRANT the motion and DISMISS the petition for writ of mandamus without
addressing the merits thereof.

 PER CURIAM


Memorandum Opinion delivered and

filed this 10th day of July, 2008.